JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.: CV 25-7889-JFW(MBKx)     Date: September 22, 2025

Title: Charles G. Alexander -v- Universal City Studios, LLC, et al.

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                    Court Reporter: Not Reported
Courtroom Deputy

Attorney Present for Plaintiff: Not Present      Attorneys Present for Defendant:
         Not Present                                        Not Present

PROCEEDINGS (IN CHAMBERS):     ORDER OF DISMISSAL

In the Notice of Settlement filed on September 19, 2025, Docket No. 13, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before November 21, 2025. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until November 21, 2025. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.


Clerk: sr